478 A.2d 94

Commonwealth v. Hughes, Appellant.
Petition for Allowance of Appeal
Denied Nov. 12, 1984.

Submitted May 4, 1984.  M. Emmons Stivers, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Order affirmed.

478 A.2d 95

Commonwealth v. Huzzard, Appellant.

Submitted February 24, 1984.  John D. Flinchbaugh, for appellant; Sheryl A. Dorney, Assistant District Attorney, for appellee.

Before SPAETH, P.J., and CIRILLO and CERCONE, JJ.

Judgment affirmed.